UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FREDDIE HARRIS
                         Plaintiff,

        -against-                                         9:09-CV-705 (LEK/GHL)

JUSTIN A. TAYLOR, JONATHAN
NOCERA, ALAN TAYLOR

                         Defendants.

_____

**DECISION AND ORDER**

        This matter comes before the Court following a Report-Recommendation filed on

July 14, 2010 by the Honorable George H. Lowe, United States Magistrate Judge, pursuant

to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec.

(Dkt. No. 24).  On July 26, 2010, Plaintiff Freddie Harris ("Plaintiff") filed objections to

Report-Recommendation.  Dkt. No. 25 ("Objections").

        This Court is to "make a de novo determination of those portions of the report or

specified proposed findings or recommendations to which objection is made."  28 U.S.C. §

636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge."  Id.  Where, however, an

objecting "'party makes only conclusory or general objections, or simply reiterates his

original arguments, the Court reviews the Report and Recommendation only for clear

error.'"  Farid v. Bouey, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008) (quoting McAllan v.

Von Essen, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007) (citations and quotations omitted);

see also Brown v. Peters, No. 95-CV-1641, 1997 WL 599355, at *2-3 (N.D.N.Y. Sept. 22,

1997).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).

The Court has considered the Objections, has undertaken a de novo review of the

record, and has determined that the Report-Recommendation should be approved for the

reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 24) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Motion for summary judgment (Dkt. No. 19) is

**DENIED**, and it is further

**ORDERED**, Defendants' Cross-Motion for summary judgment (Dkt. No. 20) is

**GRANTED**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.


DATED:       July 29, 2010
             Albany, New York



_____
Lawrence E. Kahn
U.S. District Judge